DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY TONY,** in his Official Capacity as Sheriff of Broward County, Florida,
Appellant,

v.

**ASHLEY BIGGIE, CITY OF DEERFIELD BEACH, FLORIDA, PROGRESSIVE AMERICAN INSURANCE,** and **MICHELLE W. WILSON-HARRIS,**
Appellees.

No. 4D2025-1378

[February 26, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE23010163.

Geoffrey B. Marks of the Law Offices of Geoffrey B. Marks, Vero Beach, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellee Ashely Biggie.

Laura K. Wendell and Matthew T. Ramenda of Weiss Serota Helfman Cole & Bierman, P.L, Coral Gables, for appellee City of Deerfield Beach, Florida.

No appearance for appellee Progressive American Insurance.

No appearance for appellee Michelle W. Wilson-Harris.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*